EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Rosalinda Pesquera Annexy | 2006 TSPR 67<br><br>167 DPR _____ |
| --- | --- |

Número del Caso: TS-4614

Fecha: 21 de abril de 2006

Abogado de la Parte Peticionaria:

                        Lcdo. Guillermo Figueroa Prieto

Materia: Reinstalación únicamente al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Rosalinda Pesquera Annexy

TS-4614

RESOLUCION

San Juan, Puerto Rico, a 21 de abril de 2006

Atendidos los fundamentos que se aducen en el escrito de reconsideración, de fecha 11 de abril de 2006, radicado por la representación legal de Rosalinda Pesquera Annexy, se reconsidera nuestra Sentencia de 31 de marzo de 2006 y se reinstala a ésta, <u>únicamente</u>, al ejercicio de la profesión de abogado, <u>efectiva dicha reinstalación el próximo 3 de mayo de 2006</u>.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo